# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18CR2278-CAB-6 |
| vs ) | ABSTRACT OF ORDER |
| Christian Ramirez ) | Booking No. 71242298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/6/2018 the Court entered the following order:

✓     Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓     Defendant released on $ 30,000 P/S _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**Clinton Averitte**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ DUSM

JOHN MORRILL    Clerk
by _____ ext. 4713
Deputy Clerk

Crim-9  (Rev. 8-11)      ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY